**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CASTLEMORTON WIRELESS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>PIONEER & ONKYO U.S.A. CORPORATION and ONKYO U.S.A. CORPORATION,<br><br>        Defendants. | Civil Action No. 1:20-CV-00057-RGA |

**REQUEST FOR ORAL ARGUMENT ON DEFENDANTS PIONEER & ONKYO U.S.A. CORPORATION AND ONKYO U.S.A. CORPORATION'S MOTION TO DISMISS**

Pursuant to D. Del. LR 7.1.4, Defendants Pioneer & Onkyo U.S.A. Corporation and Onkyo U.S.A. Corporation respectfully request argument on its Motion to Dismiss the First Amended Complaint (D.I. 12). Briefing on this motion was completed on May 14, 2020.

Dated: May 19, 2020

                                                                              */s/ Kenneth L. Dorsney*
                                                              Kenneth L. Dorsney (I.D. #3726)
                                                              MORRIS JAMES LLP
                                                              500 Delaware Avenue, Suite 1500
                                                              Wilmington, DE 19801
                                                              (302) 888-6800
                                                              kdorsney@morrisjames.com

                                                              Anthony F. Lo Cicero (*Admitted Pro Hac Vice*)
                                                              Mark Berkowitz (*Admitted Pro Hac Vice*)
                                                             Marc J. Jason (*Admitted Pro Hac Vice*)
                                                             AMSTER ROTHSTEIN & EBENSTEIN LLP
                                                             90 Park Avenue
                                                             New York, NY 10016
                                                             212.336.8000
                                                             alocicero@arelaw.com
                                                             mberkowitz@arelaw.com
                                                             mjason@arelaw.com

                                                             **ATTORNEYS FOR DEFENDANTS
                                                             PIONEER & ONKYO U.S.A. CORPORATION
                                                             AND ONKYO U.S.A. CORPORATION**

1